IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRYCE JACKSON,

        Plaintiff,

    v.

CATHY GORTON and GREG MANSOFF,

        Defendants.

No. 3:19-cv-00427-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation [80] on April 23, 2020, in which she recommends that the Court deny Defendants' motion for summary judgment. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo. United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [80]. Accordingly, Defendants' Motion for Summary Judgment [47] is DENIED.

IT IS SO ORDERED.

DATED:  November 19, 2020  .

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER