IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRYCE JACKSON,                                             No. 3:19-cv-00427-YY

              Plaintiff,                              ORDER

    v.

CATHY GORTON, GREG MANSOFF,
AND MULTNOMAH COUNTY,

              Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation on March 1, 2022, in which she recommends that this Court deny Plaintiff's motion for summary judgment (ECF 137) and grant Defendants' motion for summary judgment (ECF 146). F&R, ECF 168. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff has filed timely objections to the Magistrate Judge's Findings and Recommendation.[1] Pl. Obj., ECF Nos. 170, 172. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation. Judge You generously construed Plaintiff's arguments, and the Court perceives no reason to depart from her thorough analysis.

### CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation, No. 168. Therefore, Plaintiff's motion for summary judgment (ECF 137) is DENIED and Defendants' motion for summary judgment (ECF 146) is GRANTED.

IT IS SO ORDERED.

DATED: _____August 23, 2022_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

---

[1]Plaintiff in fact filed several objections, as well as several "Memoranda of Law." The Court has reviewed and considered the contentions raised in all of Plaintiff's pro se filings.

2 - ORDER